IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


RONALD RAY BRESHEARS,
ADC #132771                                                                                    PLAINTIFF

                    No. 5:15-cv-149-DPM-JTR

v.

                    No. 5:15-cv-187-DPM-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction, et al.                                   DEFENDANTS


RONALD RAY BRESHEARS,
ADC #132771                                                                                    PLAINTIFF

v.                                                    No. 2:15-cv-119-JM-JJV

AMY ROWLAND, Health Services Administrator,
EARU, Correct Care Solutions; and PATRICK S.
DRUMMARD, APN, Practitioner Nurse, Correct
Care Solutions, EARU                                                                    DEFENDANTS


ORDER

Breshears has filed three *pro se* § 1983 actions raising factually and legally related claims arising from a March 2015 bus accident. Two of those cases have already been consolidated. *Breshears v. Kelley, et al.*, 5:15-cv-149 DPM-JTR; *Breshears v. Hoffman, et al.*, 5:15-cv-187-DPM-JTR. Defendants' motion, № 33, to consolidate the third case, *Breshears v. Rowland, et al.*, 2:15-cv-

119-JM-JJV, is granted. GENERAL ORDER 39(c). The case filed first, *Breshears v. Kelley, et al.*, 5:15-cv-149-DPM-JTR, is designated as the lead case. All future papers must be filed in that case.

    So Ordered.

                                           */s/ DP Marshall Jr.*
                                           D.P. Marshall Jr.
                                           United States District Judge

                                           3 November 2015