IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RONALD RAY BRESHEARS**  PLAINTIFF

v.  No. 5:15-cv-149-DPM
No. 5:15-cv-187-DPM
No. 2:15-cv-119-DPM

**ARKANSAS DEPARTMENT
OF CORRECTION, Transportation Unit,** *et al.*  DEFENDANTS

ORDER

Motion to proceed *in forma pauperis* on appeal, № 83, denied. The Court certified that an *in forma pauperis* appeal would not be taken in good faith. № 75; 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 August 2016